IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Macklin, Eddie | Case Number:  07 B 06748 |
| | Judge:  Squires, John H |
| Printed:  7/29/08 | Filed:  4/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion:  May 7, 2008
Confirmed:  August 8, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 9,029.38 | |
| Secured: | | 0.00 |
| Unsecured: | | 3,496.06 |
| Priority: | | 1,518.83 |
| Administrative: | | 2,500.00 |
| Trustee Fee: | | 437.04 |
| Other Funds: | | 1,077.45 |
| Totals: | 9,029.38 | 9,029.38 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Nella E Mariani PC | Administrative | 2,500.00 | 2,500.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 22,065.36 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 1,518.83 | 1,518.83 |
| 5. | Premier Bankcard | Unsecured | 416.01 | 175.21 |
| 6. | Commonwealth Edison | Unsecured | 792.67 | 333.85 |
| 7. | T Mobile USA | Unsecured | 415.31 | 174.91 |
| 8. | Nicor Gas | Unsecured | 2,739.71 | 1,153.89 |
| 9. | Illinois Dept of Revenue | Unsecured | 165.44 | 56.51 |
| 10. | Meadows Credit Union | Unsecured | 3,802.90 | 1,601.69 |
| 11. | AIS Services | Unsecured | 1,010.00 | 0.00 |
| 12. | Credit Management Service | Unsecured | | No Claim Filed |
| 13. | Atlantic Management Corp | Unsecured | | No Claim Filed |
| 14. | Zip Cash | Unsecured | | No Claim Filed |
| 15. | Web Pay Day | Unsecured | | No Claim Filed |
| | | | $ 35,426.23 | $ 7,514.89 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 391.88 |
| 6.5% | 45.16 |
| | $ 437.04 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Macklin, Eddie

Printed: 7/29/08

Case Number: 07 B 06748
Judge: Squires, John H
Filed: 4/13/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

